## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VESNA NUON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 09-11161-LTS |
| CITY OF LOWELL and | ) |
| BRIAN M. KINNEY, in his | ) |
| individual capacity, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME
## IN SETTLEMENT ORDER OF DISMISSAL

Plaintiff moves to extend the time in the settlement dismissal order from November 14, 2011 to December 16, 2011.

As grounds for this motion, plaintiff states the following:

1. On October 14, 2011, the Court entered a 30 day Settlement Order of Dismissal after being notified by the parties that the above-captioned matter has been resolved by settlement.

2. The settlement has not yet been consummated.

3. Counsel for the plaintiff conferred with counsel for defendants on November 11, 2011. Counsel for the defendants assent to this motion.

WHEREFORE, plaintiff moves that this Court extend the time in the settlement dismissal order from November 14, 2011 to December 16, 2011.

Respectfully submitted,

**For Plaintiff Vesna Nuon,**
By his attorneys,

_/s/ Myong J. Joun_
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, MA 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com

_/s/ Jeffrey Wiesner_
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

**For Defendant Brian M. Kinney,**
By his attorney,

_/s/ Stephen C. Pfaff_
Stephen C. Pfaff
BBO No. 553057
Louison, Costello, Condon & Pfaff
67 Batterymarch Street
Boston, MA 02110
Tel.: (617) 439-0305
Email: spfaff@lccplaw.com

Dated: November 11, 2011

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CMF/ECF.

Date: 11/11/2011   /s/ Myong J. Joun
                        Myong J. Joun

**CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)**

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the defendants in an attempt to resolve the issue that is the subject of the accompanying motion.

Date: 11/11/2011   /s/ Myong J. Joun
                        Myong J. Joun